WHALE OIL COMPANY, INC., Appellant, v. STATE OF NEW YORK, Respondent. (Motion No. 924.)

All concur. [ 180 Misc. 1067.]